**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00572-CV

### IN RE STATE OF TEXAS, Relator

**Original Proceeding from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-82534-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of
mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/  ELIZABETH LANG-MIERS
   JUSTICE